IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LETITIA DELKS and GEORGIA )
DICKERSON, )
)
Plaintiffs, )
) CASE NO. CV417-070
v. )
)
CITY OF SAVANNAH; SAVANNAH )
CHATHAM METROPOLITAN POLICE )
DEPARTMENT; JOSEPH H. )
LUMPKIN, SR., in his official )
capacity; OFFICER DARRYL )
REPRESS, individually and in )
his official capacity; and )
JOHN DOES; )
)
Defendants. )
)

## ORDER

Before the Court is the Parties' Dismissal With Prejudice. (Doc. 17). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of June 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA